IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| PAUL THOMAS JOHNSON III,<br><br>    Plaintiff,<br><br>v.<br><br>ENGINEERED FLOORS, LLC,<br><br>    Defendant. | Civil Action No.<br><br>4:21-cv-00024-HLM-WEJ<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Paul Thomas Johnson III and Defendant Engineered Floors, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.  All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 4th day of October, 2021.

| **BARRETT & FARAHANY** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
|---|---|
| s/ *Amanda A. Farahany* | s/ *Timothy Newton* |
| Amanda A. Farahany | Timothy Newton |
| Georgia Bar No. 646135 | Georgia Bar No. 542200 |
| *Attorney for Plaintiff* | Joshua A. Roman |
| 1100 Peachtree Street, Suite 500 | Georgia Bar No. 338621 |
| Atlanta, Georgia 30309 | *Attorneys for Defendant* |
| (404) 214-0120 | 230 Peachtree Street NW, Suite 2400 |
| amanda@justiceatwork.com | Atlanta GA, 30303-1557 |
| | (404) 230-6764 |
| | tnewton@constangy.com |
| | jroman@constangy.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| PAUL THOMAS JOHNSON III,<br><br>   Plaintiff,<br><br>v.<br><br>ENGINEERED FLOORS, LLC,<br><br>   Defendant. | Civil Action No.<br><br>4:21-cv-00024-HLM-WEJ<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Timothy Newton
tnewton@constangy.com
Joshua A. Roman
jroman@constangy.com

Respectfully submitted this 4th day of October, 2021.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135
